United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | PVP Krewstown, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | RA2 Philadelphia-Krewstown Limited Partnership |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 13-4022127 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| C/o Allerand Capital, LLC | |
| Number        Street | Number        Street |
| 675 W. Indiantown Road | |
| | P.O. Box |
| Jupiter           FL    33458 | |
| City                 State   ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Palm Beach County | |
| County | Number        Street |
| | |
| | City                State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | PVP Krewstown, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than **$7,500,000, and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor AUBSP Ownerco 8 and 9 LLC　　Relationship Affiliate

　　　　District Southern District of Florida　　When 11/04/2022
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　Case number, if known 22-18613-MAM

| Debtor | PVP Krewstown, LLC | Case number (if known) |
|--------|--------------------|--------------------------|
|        | Name               |                          |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

| | Number | Street |
|---|--------|--------|
| | | |
| | City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001 $50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | PVP Krewstown, LLC | | Case number (if known) |
| --- | --- | --- | --- |

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/04/2023
MM / DD / YYYY

X _____          Richard Sabella
Signature of authorized representative of debtor          Printed name

Title _____

| 18. Signature of attorney | X *Is/ Thomas M. Messana* | Date | 08/04/2023 |
| --- | --- | --- | --- |
| | Signature of attorney for debtor | | MM / DD / YYYY |

Thomas M. Messana
Printed name

Underwood Murray, P.A.
Firm name

401 E. Las Olas Blvd., Suite 1400
Number          Street

Ft. Lauderale                          FL          33301
City                                   State       ZIP Code

954-712-7400                           tmessana@underwoodmurray.com
Contact phone                          Email address

991422                                 FL
Bar number                             State

---

**Fill in this information to identify the case:**

Debtor name ___PVP Krewstown, LLC_____

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Allerand Realty Holdings, LLC 675 W. Indiantown Road Suite 103 Jupiter, FL, 33458 | | | Unliquidated | | | 372,318.29 |
| 2 RA Philadelphia Krewstown Remainderco, LLC its successors and assignes c/o Cogency Global 850 New Burton Rd., Ste. 201 Dover, DE, 19904 | | | Disputed Unliquidated Contingent | | | 100,000.00 |
| 3 Hill Wallack 1000 Floral Vale Blvd Suite 300 Morrisville, PA, 19067 | | | Disputed Unliquidated Contingent | | | 40,361.56 |
| 4 Varnum LLP c/o Bradley Defoe 480 Pierce Street Suite 300 Birmingham, MI, 48009 | | | Disputed Unliquidated Contingent | | | 6,762.00 |
| 5 Croessmann & Westberg, P.C., c/o Glenn W.D. Golding 8000 Towers Crescent Drive Suite 1575 Vienna, VA, 22182 | | | Disputed Unliquidated Contingent | | | 337.50 |
| 6 Law Office of Michael D. Moccia, PA 1200 N. Federal Highway Suite 200 Boca Raton, FL, 33432-2813 | | | Disputed Unliquidated Contingent | | | 0.00 |
| 7 Cross and Simon LLC 1105 N. Market St Wilmington, DE, 19801-1216 | | | Disputed Unliquidated Contingent | | | 0.00 |
| 8 Stoel Rives LLP c/o Crystal Chase 760 SW North Ave. Suite 3000 Portland, OR, 97205 | | | Disputed Unliquidated Contingent | | | 0.00 |

Debtor    PVP Krewstown, LLC
_____
Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

98 PHILADELPHIA-CASTOR REMAINDERCO, LLC
c/o Cogency 850 New Burton Rd
Suite 201
Dover, DE 19904


98 RA PHILADELPHIA -KREWSTOWN REMAINDERCO, LL
c/o Cogency Global 850 New Burton Rd
Suite 201
Dover, DE 19904


98 RA Philadelphia-Krewstown Remainderco LLC
850 New Burton Road
Suite 201
Dover, DE 19904


98 RA2 Philadelphia-Castor LLC c/o Allerand C
675 West Indiantown Road
Suite 103
Jupiter, FL 33458


98 RA2 Philadelphia-Castor LLC c/o UBS Warbur
1285 Avenue of the Americas
11th Floor
New York, NY 10019


98 RA2 Philadelphia-Krewstown Limited PArtner
675 W. Indiantown Road
Suite 103
Jupiter, FL 33458


98 RA2 Philadelphia-Krewstown Limited Partner
1285 Avenue of the Americas
11th Floor
New York, NY 10019


Allerand Capital, LLC
675 W. Indiantown Road
Suite 103
Jupiter, FL 33458


Allerand Realty Holdings, LLC
675 W. Indiantown Road
Suite 103
Jupiter, FL 33458


Allerand UBSP Holdingco, LLC
675 W. Indiantown Road
Suite 103
Jupiter, FL 33458


Allerand UBSP Holdingco, LLC
675 W Indiantown Road
Jupiter
FL 33458

Amherst RA-357 LLC c/o Financial Structures L
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Aston RA-357 LLC c/o Financial Structures Lim
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Aston RA-357 LLC c/o Parkowski Guerke & Swayz
1105 North Market Street
19th Floor
Wilmington, DE 19801


AUBSP Ownerco 11, LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 12, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 13, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 14, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 15, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 2, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 3, LLC c/o Cross & Simon, LLC
1105 N. Market Street (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 4, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899

AUBSP Ownerco 5, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 6, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 7, LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 8, LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSP Ownerco 9, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


AUBSPO Ownerco 1, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


Baltimore County Tax Collector
400 Washington Avenue
Room 150
Towson, MD 21204


Baltimore RA-357 LLC c/o Financial Structures
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Battle Creek RA-357 LLC c/o Financial Structu
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Berea RA-379 LLC c/o Financial Structures Lim
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Berkadia Commercial Mortgage c/o Potter Ander
1313 Market St.
PO Box 951
Wilmington, DE 19899-0951

Bishop RA-357 LLC c/o Financial Structures Li
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Blythe RA-320 LLC c/o Financial Structures Li
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Brandon John Wilson
39400 Woodward Ave
Suite 101
Bloomfield Hills, MI 48304


Broadview Heights RA-357 LLC c/o Financial St
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Brookpark RA-357 LLC c/o Financial Structures
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Bureau of Revenue Collections
200 Holiday Street
Baltimore, MD 21202


Calhoun County Treasurer Office
215 W. Green Street
Marshall, MI 49068


Carson R. Bartlett c/o Potter Anderson Corroo
1313 Market St.
PO Box 951
Wilmington, DE 19899-0951


Castor Philadelphia RA-357 LLC c/o Financial
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Chad Stover
1000 North West Street
Suite 1500
Wilmington, DE 19801-10000


Christina B. Vavala
Polsinelli PC, 222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Claremont RA-320 LLC c/o Financial Structures
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Comptroller of Maryland c/o Compliance Divisi
301 W Preston
Room 409
Baltimore, MD 21201-2383


Croessmann & Westberg, P.C., c/o Glenn W.D. G
8000 Towers Crescent Drive
Suite 1575
Vienna, VA 22182


Cross and Simon LLC
1105 N. Market St
Wilmington, DE 19801-1216


Cross and Simon LLC
1105 N. Market
Wilmington, DE 19801-1216


Daniel P. Daniluk
1129 Niles-Cortland Road SE
Warren, OH 11181


Daniel P. Daniluk
1129 Niles-Cortland Road SE
Warren, OH 44484


David F. Fontana
One South Street
Suite 2200
Baltimore, MD 21202


FI 135 Baltimore LLC  c/o Michael D. Nord
One South Street
Suite 2200
Baltimore, MD 21202


FI 135 Baltimore LLC c/o Larry N Woodard
155 N. Wacker Dr.
Suite 3100
Chicago, IL 60606-1734


FI 135 Battle Creek LLC
2701 N. Charles Street
Suite 404
Baltimore, MD 21218

```
FI 135 Battle Creek LLC c/o Bloomfield Capita
700 Forest Ave
Birmingham, MI 48009


FI 135 Battle Creek LLC c/o Brandon John Wils
39400 Woodward Ave
Suite 101
Bloomfield Hills, MI 48304


FI 135 Battle Creek LLC c/o Larry Woodard
155 N. Wacker Dr.
Suite 3100
Chicago, IL 60606-1734


FI 135 Castor Philadelphia
2701 N. Charles Street
Suite 404
Baltimore, MD 21218


FI 135 Castor Philadelphia LLC c/o Bloomfield
700 Forest Ave
Birmingham, MI 48009


FI 135 Castor Philadelphia LLC c/o Larry N. W
155 N. Wacker Dr.
Suite 3100
Chicago, IL 60606-1734


FI 135 Hines c/o Dustin Martinsen
P.O. Box 430
292 Main Street South
Vale, OR 97918


FI 135 Hines LLC
2701 N. Charles Street
Suite 404
Baltimore, MD 21218


FI 135 Hines LLC c/o Bloomfield Capital Asset
700 Forest Ave
Birmingham, MI 48009


FI 135 Krewstown Philadelphia LLC
2701 N. Charles Street
Suite 404
Baltimore, MD 21218


FI 135 Krewstown Philadelphia LLC c/o Bloomfi
700 Forest Ave
Birmingham, MI 48009
```

```
FI 135 Krewstown Philadelphia LLC c/o Larry N
155 N. Wacker Dr.
Suite 3100
Chicago, IL 60606-1734


FI 135 Troy LLC
2701 N. Charles Street
Baltimore, MD 21218


FI 135 Troy LLC c/o Bloomfield Capital Asset
700 Forest Ave
Birmingham, MI 48009


FI 135 Troy LLC c/o Larry N. Woodward
155 N. Wacker Dr.
Suite 3100
Chicago, IL 60606-1734


FI 135 Waynesboro LLC c/o Larry N. Woodard
155 N. Wacker Dr.
Suite 3100
Chicago, IL 60606-1734


Financial Structures Limited
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Financial Structures Limited
Chevron House, 11 Church Street
Hamilton HM 11
Bermuda,


First American Title of Oregon as Trustee
1700 SW Fourth Avenue
Suite 103
Portland, OR 97201


Flint RA-357 LLC c/o Financial Structures Lim
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Flora Petitit PC c/o Nancy R. Schlichting
530 E Main Street
P.O. Box 2057
Charlottesville, VA 22902


Florida Dept of  Revenue Attn: Bankruptcy Uni
P.O. Box 6668
Tallahassee, FL 32314-6668
```

```
Fredericksburg RA-100 LLC c/o Financial Struc
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Fredericksburg RA-100 LLC c/o Parkowski Guerk
1105 North Market Street
19th Floor
Wilmington, DE 19801


GCC-RA Bardstown, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


GCC-RA Berea, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


GCC-RA Cane Run, LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


GCC-RA Hodgenville, LLC c/o Cross & Simon, LL
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


GCC-RA Orangevale, LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


GCC-RA Paradise, LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


Gouverneur RA-357 LLC c/o Financial Structure
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Gouverneur RA-357 LLC c/o Parkowski Guerke &
1105 North Market Street
19th Floor
Wilmington, DE 19801


Harney County Tax Assessor
450 Buena Vista #13
Burns, OR 97720
```

Hill Wallack
1000 Floral Vale Blvd
Suite 300
Morrisville, PA 19067


Hill Wallack c/o Francis J. Sullivan Esq.
1000 Floral Vale Blvd
Suite 300
Morrisville, PA 19067


Hines RA-357 LLC c/o Financial Structures Lim
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Hodgenville RA-379 LLC c/o Financial Structur
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


ICA Acquisition Baltimore, LLC c/o Michael D.
One South Street
Suite 2200
Baltimore, MD 21202


ICA Acquisition Battle Creek LLC c/o Brandon
39400 Woodward Ave.
Suite 101
Bloomfield Hills, MI 48304


ICA Acquisition Battle Creek, LLC
2701 N. Charles Street
Suite 404
Baltimore, MD 21218


ICA Acquisition Battle Creek, LLC c/o MCB Rea
2701 North Charles Street
Suite 404
Baltimore, MD 21218


ICA Acquisition Castor, LLC c/o MCB Real Esta
2701 North Charles Street
Suite 404
Baltimore, MD 21218


ICA Acquisition Hines LLC
2701 N. Charles Street
Suite 404
Baltimore, MD 21218


ICA Acquisition Hines LLC c/o MCB Real Estate
2701 North Charles Street
Suite 404
Baltimore, MD 21218

```
ICA Acquisition Krewstown Philadelphia LLC
2701 N. Charles Street
Suite 404
Baltimore, MD 21218


ICA Acquisition Krewstown Philadelphia LLC c/
2701 North Charles Street
Suite 404
Baltimore, MD 21218


ICA Acquisition LLC c/o Keith Lusby
1 South Street
Suite 2200
Baltimore, MD 21202


ICA Acquisition Troy LLC
2701 N. Charles Street
Baltimore, MD 21218


ICA Acquisition Troy LLC c/o MCB Real Estate
2701 North Charles Street
Suite 404
Baltimore, MD 21218


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Ironton RA-320 LLC c/o Financial Structures L
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Ironton RA-320 LLC c/o Parkowski Guerke & Swa
1105 North Market Street
19th Floor
Wilmington, DE 19801


John Anderson Sensing
1313 Market St.,
PO Box 951
Wilmington, DE 19899-0951


Keybank National Assoc., c/o Polsinelli PC,
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801


Krewstown Philadelphia RA-357 LLC c/o Financi
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100
```

**Law Office of Michael D. Moccia, PA**
**1200 N. Federal Highway**
**Suite 200**
**Boca Raton, FL 33432-2813**


**Law Office of Michael D. Moccia, PA**
**1200 N. Federal Highway**
**Suite 200**
**Boca Raton, FL 33423-2813**


**Lorain RA-357 LLC c/o Financial Structures Li**
**3600 Arco Corporate Drive**
**Suite 150**
**Charlotte, NC 28273-8100**


**Lorain RA-357 LLC c/o Parkowski Guerke & Sway**
**1105 North Market Street**
**19th Floor**
**Wilmington, DE 19801**


**Louisville-Bardstown RA-379 LLC c/o Financial**
**3600 Arco Corporate Drive**
**Suite 150**
**Charlotte, NC 28273-8100**


**Louisville-Cane Run RA-379 LLC c/o Financial**
**3600 Arco Corporate Drive**
**Suite 150**
**Charlotte, NC 28273-8100**


**Marlinton RA-357 LLC c/o Financial Structures**
**3600 Arco Corporate Drive**
**Suite 150**
**Charlotte, NC 28273-8100**


**Marlinton RA-357 LLC c/o Parkowski Guerke & S**
**1105 North Market Street**
**19th Floor**
**Wilmington, DE 19801**


**Marysville RA-357 LLC c/o Financial Structure**
**3600 Arco Corporate Drive**
**Suite 150**
**Charlotte, NC 28273-8100**


**Marysville RA-357 LLC c/o Parkowski Guerke &**
**1105 North Market Street**
**19th Floor**
**Wilmington, DE 19801**


**McGuire Woods Battle & Boothe LLP**
**901 East Cary Street**
**Attn: T. Craig Harmon**
**Richmond, VA 23219-4030**

McGuire Woods LLP
Gateway Plaza 800 East Canal Street
Attn: T. Craig Harmon
Richmond, VA 23219-3916


Michael W. Teichman
1105 North Market Street
19th Floor
Wilmington, DE 19801


Michigan Dept of Treasury
Lansing, MI 48922


Michigan Dept. of Treasury, Tax Policy Divisi
2nd Floor Austin Building
430 W. Allegan Street
Lansing, MI 48922


Minerva Realty Consultants c/o Merrie S. Fran
400 E. 55th Street
Suite 28C
New York, NY 10022


Muskegon RA-357 LLC c/o Financial Structures
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Muskegon RA-357 LLC c/o Parkowski Guerke & Sw
1105 North Market Street
19th Floor
Wilmington, DE 19801


New Castle County, Sheriff
87 Reads Way
New Castle, DE 19720


Nicol Jacoby LLP c/o Nicol Jacoby
50 Main Street
Suite 1000
White Plains, NY 10606


Oakland County Tax Collector
1200 N. Telegraph Road
Pontiac, MI 48341


Orangevale RA-379 LLC c/o Financial Structure
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100

Orem RA-357 LLC c/o Financial Structures Limi
3600 Arco Corporate Drive
Suiet 150
Charlotte, NC 28273-8100


Orem RA-357 LLC c/o Parkowski Guerke & Swayze
1105 North Market Street
19th Floor
Wilmington, DE 19801


Paine Weber Real Estate Securities, Inc.
1285 Avenue of the Americas
Attn Laura Kelly
New York, NY 10019


Paradise RA-379 LLC c/o Financial Structures
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Paul Hastings Janofsky & Walker LLP
75 East 55th St
New York, NY 10022


Paul Hastings Jonanofsky & Walker LLP Attn: S
75 East 55th Street
New York, NY 10022


Philadelphia City Department of Revenue
1401 John F. Kennedy Blvd
Philadelphia, PA 19102


Philadelphia Dept. of Revenue
Department 280946
Attn: Bankr. Division
Harrisburg, PA 17128-0946


Philadelphia Dept. of Revenue
P.O. Box 8409
Philadelphia, PA 19101-8409


PVP Aston, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


PVP Castor, LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899

PVP Krewstown, LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


PW Real Estate Investments, Inc.
1285 Avenue of the Americas
New York, NY 10019


RA Baltimore-Harford Remainderco, LLC c/o Cog
850 New Burton Road
Suite 201
Dover, DE 19904


RA BATTLE CREEK REMAINDERCO LLC c/o Cogency G
850 New Burton Road
Suite 201
Dover, DE 19904


RA Hines Remainderco LLC c/o Cogency Global I
850 New Burton Road
Suite 201
Dover, DE 19904


RA Philadelphia Krewstown Remainderco, LLC it
c/o Cogency Global
850 New Burton Rd., Ste. 201
Dover, DE 19904


RA Troy Remainderco LLC c/o Corporation Servi
251 Little Falls Drive
Wilmington, DE 19808


RA WAYNESBORO REMAINDERCO LLC c/o Cogency Glo
850 New Burton Road
Suite 201
Dover, DE 19904


RA2 Baltimore-Harford LLC
c/o Cogency Global
850 New Burton Rd., Ste. 201
Dover, DE 19904


RA2 Baltimore-Harford LLC c/o UBS Warburg LLC
1285 Avenue of the Americas
11th Floor
New York, NY 10019


RA2 Battle Creek LLC c/o UBS Warburg LLC
1285 Avenue of the Americas
Floor 11
New York, NY 10019

```
RA2 Flint L.L.C. c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


RA2 Hine LLC /o Allerand Capital LLC
675 W. Indiantown Road
Suite 103
Jupiter, FL 33458


RA2 Marlinton L.L.C. c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


RA2 Marysville L.L.C. c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


RA2 Orem L.L.C .c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


RA2 Stuarts Draft L.L.C. c/o Cross & Simon, L
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


RA2 Toledo L.L.C. c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


RA2 Troy LLC c/o Allerand Capital
675 W. Indiantown Road
Suite 103
Jupiter, FL 33458


RA2 Troy LLC c/o Allerand Capital LLC
675 W. Indiantown Road
Suite 103
Jupiter, FL 33458


RA2 Troy LLC c/o Merchant Equity Financial Gr
101 East 52nd Street
30th Floor (attn: John Mannix)
New York, NY 10022


RA2 Waynesboro LLC c/o Allerand Capital
675 W. Indiantown Road
Suite 103
Jupiter, FL 33458
```

RA2 Waynesboro LLC c/o UBS Warburg LLC
1285 Avenue of the Americas
11th Floor (attn: Brian Harris)
New York, NY 10019


Richard A. DuBose, III
One South Street
Suite 2200
Baltimore, MD 21202


Rite Aid of Michigan c/o Lawrence Bluestone
1600 Market Street
Suite 1650
Philadelphia, PA 19103


Rite Aid of Pennsylvania LLC c/o Lawrence Blu
1600 Market Street
Suite 1650
Philadelphia, PA 19103


RX Fredericksburg Investors, LLC c/o Cross &
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


Stoel Rives LLP c/o Amy Edwards
760 SW North Ave.
Suite 3000
Portland, OR 97205


Stuarts Draft RA-357 LLC c/o Financial Struct
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Stuarts Draft RA-357 LLC c/o Parkowski Guerke
1105 North Market Street
19th Floor
Wilmington, DE 19801


Sutherland Commercial Mortgage Trust 2018-SE
Polsinelli PC, 222 Delaware Avenue
Suite 110
Wilmington, DE 19801


Sutherland Grantor Trust
Polsinelli PC, 222 Delaware Avenue
Suite 1101
Wilmington, DE 19801


Thrift Payless Inc c/o Lawrence Bluestone
1600 Market Street
Suite 1650
Philadelphia, PA 19103

Toledo RA-357 LLC c/o Financial Structures Li
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


Toledo RA-357 LLC Parkowski Guerke & Swayze,
1105 North Market Street
19th Floor
Wilmington, DE 19801


TROY RA-357 LLC
3600 Arco Corporate Drive
Charlotte, NC 28273


Troy RA-357 LLC c/o Financial Structures Limi
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


US Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402-2511


US Bank National Association
Potter Anderson Corroon LLP, 1313 Market
Wilmington, DE 19899-0951


Varnum LLP c/o Bradley Defoe
480 Pierce Street
Suite 300
Birmingham, MI 48009


Waynesboro RA-357 LLC c/o Financial Structure
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


WEC 98D-23 LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


WEC 98D-26 LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


WEC 98D-4 LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899

WEC 98D-5 LLC c/o Cross & Simon, LLC
1105 N. Market St. (PO Box 1380)
Suite 901
Wilmington, DE 19899


WEC 98D-6 LLC c/o Cross & Simon, LLC,
1105 N. Market St. (PO Box 1380)
Suitre 901
Wilmington, DE 19899


Wells Fargo Trust Co. c/o Potter Anderson Cor
1313 Market St., PO Box 951
Wilmington, DE 19899-0951


West Fairview Boise RA-357 LLC c/o Financial
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


West Overland Boise RA-357 LLC c/o Financial
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100


WF RR3-CMFU c/o Barnes & Thornburg LLP,
1000 North West Street
Suite 1500
Wilmington, DE 19801


Willard RA-357 LLC c/o Financial Structures L
3600 Arco Corporate Drive
Suite 150
Charlotte, NC 28273-8100

United States Bankruptcy Court

Southern District of Florida

In re: PVP Krewstown, LLC

Case No.

Chapter    11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____08/04/2023_____

_____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor

## PVP KREWSTOWN, LLC
## UNANIMOUS WRITTEN CONSENT

The undersigned, being the sole Member and the sole Manager of PVP Krewstown, LLC (the "Company"), a Delaware limited liability company, do hereby waive all formal requirements, including the necessity of holding a formal or informal meeting, and any requirements for notice, and do hereby consent in writing, notwithstanding any other agreement or understanding (written or verbal) to the contrary, to the adoption of the following resolutions and taking of the following actions under the provisions of the Company's limited liability company agreement as in effect on the date hereof:

WHEREAS, the Company is a duly formed, validly existing limited liability company in good standing under the laws of the State of Delaware;

WHEREAS, pursuant to an Agreement and Plan of Merger dated November 15, 2022 but made effective November 30, 2022 by the filing of certificates of merger with the Secretaries of State of Delaware and Texas, AUBSP Ownerco 10, LLC, successor by merger to RA2 Baltimore-Harford, L.L.C. was merged into PVP Krewstown, LLC;

WHEREAS, pursuant to an Agreement and Plan of Merger dated November 15, 2022 but made effective November 30, 2022 by the filing of certificates of merger with the Secretaries of State of Delaware and Texas, AUBSP Ownerco 11, LLC, successor by merger to RA2 Hines, L.L.C. was merged into PVP Krewstown, LLC;

WHEREAS, pursuant to an Agreement and Plan of Merger dated November 15, 2022 but made effective November 30, 2022 by the filing of certificates of merger with the Secretaries of State of Delaware and Texas, AUBSP Ownerco 12, LLC, successor by merger to RA2Troy, L.L.C. was merged into PVP Krewstown, LLC;

WHEREAS, pursuant to an Agreement and Plan of Merger dated November 15, 2022 but made effective November 30, 2022 by the filing of certificates of merger with the Secretaries of State of Delaware and Texas, AUBSP Ownerco 13, LLC, successor by merger to RA2 Battle Creek, L.L.C. was merged into PVP Krewstown, LLC;

WHEREAS, pursuant to an Agreement and Plan of Merger dated November 15, 2022 but made effective November 30, 2022 by the filing of certificates of merger with the Secretaries of State of Delaware and Texas, AUBSP Ownerco 14, LLC, successor by merger to RA2 Waynesboro, L.L.C. was merged into PVP Krewstown, LLC;

WHEREAS, pursuant to an Agreement and Plan of Merger dated November 15, 2022 but made effective November 30, 2022 by the filing of certificates of merger with the Secretaries of State of Delaware and Texas, PVP Castor, LLC f/k/a 98 RA2 Philadelphia Castor, Limited Partnership, successor by merger to AUBSP Ownerco 16, LLC, was merged into PVP Krewstown, LLC;

WHEREAS, pursuant to an Agreement and Plan of Merger dated September 30, 2021 but made effective October 7, 2021 by the filing of certificates of merger with the Secretaries of State of Delaware and Texas, AUBSP Ownerco 17, LLC was merged into PVP Krewstown, LLC;

WHEREAS, the undersigned have considered presentations by the legal advisors of the Company regarding the liabilities and liquidity situation of the Company, recent legal developments affecting the Company, the strategic alternatives available to the Company, and the effect of the foregoing on the Company's business and financial condition and the impact of the foregoing upon creditors and other stakeholders in respect of the Company or its assets;

WHEREAS, the undersigned have had the opportunity to consult with the legal advisors of the Company and assess the considerations related to the commencement of a case or cases under title 11 of the United States Code (the "Bankruptcy Code"), including materials provided by the legal advisors;

WHEREAS, in light of the foregoing matters and considerations, the undersigned have concluded that it is in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code; and

WHEREAS, this Unanimous Written Consent has been duly executed by each and every Manager and Member of the Company.

NOW, THEREFORE, be it:

RESOLVED, that in the judgment of the undersigned Member and Manager, it is desirable and in the best interests of the Company and its creditors, and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code;

RESOLVED, that the Manager of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), at such time as said Manager shall determine in consultation with the Company's advisors;

RESOLVED, that the said Manager and the Company may employ the law firm of Underwood Murray, P.A. as attorneys for the Company in such case, subject to Bankruptcy Court approval;

RESOLVED, that the said Manager is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial, liquidators and other professionals, and to take and perform any and all further acts and deeds deemed necessary, proper or desirable in connection with the successful prosecution of such case;

RESOLVED, that the Company hereby authorizes the use of funds held as an advance fee deposit by Underwood Murray, P.A. to be utilized, as necessary, including to draw down upon such funds prior to filing a bankruptcy case for the Company.

RESOLVED, that all acts, actions, and transactions relating to the filing of a bankruptcy petition under title 11 of the United States Code contemplated by the foregoing resolutions done in the name of and on behalf of the Company which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the undersigned Manager and member;

RESOLVED, that the undersigned have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and

RESOLVED, that the said Manager be and hereby is authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions, as he shall deem necessary or desirable in his reasonable business judgment or as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

IN WITNESS HEREOF, this Unanimous Written Consent is executed and delivered by each of the undersigned as of this 3rd day of August, 2023.

SOLE MEMBER:

ALLERAND USBI HOLDINGCO, LLC

By: _____
Richard J. Sabella, Manager

SOLE MANAGER:

By: _____
Richard J. Sabella