**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re

PVP KREWSTOWN, LLC

    Debtor.
_____/

Chapter 11

Case No. 9:23-16198-MAM

## DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), PVP Krewstown, LLC (the "**Debtor**"), files this Chapter 11 Case Management Summary and states:

**1.** **The following data represents approximations for background information only and the information represents the Debtor's best estimate in response to some of the ensuing questions.**

**2.** **Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):**

August 4, 2023

**3.** **Name, case number and dates of filing of debtor and related cases:**

PVP Krewstown, LLC
Case No. 9:23-16198-MAM
Filed August 4, 2023

**Related Debtors:**
AUBSP Ownerco 8, LLC
Case No. 9:22-bk-18613
Filed November 4, 2022

AUBSP Ownerco 9, LLC
Case No. 9:22-bk-18614
Filed November 4, 2022

4.  **Description of Debtor's business:**

The Debtor owns, or recently owned, NNN-leased Rite Aid drug stores in Maryland, Michigan, Pennsylvania, and Oregon, as discussed below. These properties are in various stages of litigation.

In some instances, the properties are in a similar posture of litigation, i.e. subject to orders compelling specific performance under certain insured covenant agreements and others are still owned by the Debtor. The Debtor is successor by merger to certain special purpose entities that previously owned the relevant properties.

The Debtors also hold certain litigation claims and appellate rights related to the underlying financing transactions and the performance thereof by the counterparties to certain loans, insurance agreements, and successors thereto.

5.  **Locations of Debtor's operations and whether the business premises are leased or owned:**

**The Debtor's principal place of business is:**

> PVP Krewstown, LLC
> c/o Allerand Capital, LLC
> 675 W. Indiantown Road
> Jupiter, Florida, 33458

**The Debtor holds title to the following properties:**

- 4604 Harford Road, Baltimore, Maryland 21214 (referred to below as the "**Baltimore Property**")

- 629 North Highway 20, Hines, Oregon 97720 (referred to below as the "**Hines Property**")

- 7972 Castor Avenue, Philadelphia, Pennsylvania 19152 (referred to below as the "**Castor Property**")

- 9280 Krewstown Road, Philadelphia, Pennsylvania 19115 (referred to below as the "**Krewstown Property**")

- 2971 Maple Road, Troy, Michigan 48084 (referred to below as the "**Troy Property**")

**The Debtor holds bare legal title to the following property:**

1434 W. Michigan Avenue, Battle Creek, Michigan 49037 (referred to below as the "**Battle Creek Property**")
   - A specific performance judgment has been entered against the Debtor, but no transfer documents have been executed as of the time of filing bankruptcy.

6. **Reasons for filing chapter 11:**

The Court is familiar with the Debtor's history, as two related debtors are already before the Court that were part of a similar sale-leaseback, triple net financing arrangement (AUBSP Ownerco 8, LLC and AUBSP Ownerco 9, LLC, in jointly administered case 22-18613-MAM).

In 1998, the Debtor financed the acquisition of the above properties, as well as other properties in a larger portfolio, with loans. In connection with the original 1998 loans, the original lender required the Debtor and its affiliates to purchase residual value insurance ("**RVI**") from Financial Structures Limited ("**FSL**"), which insured payment of the balloon amount at maturity of the loan secured by each Property.

The lender on the UBS Portfolio and FSL also required that each insured owner (including the Debtor) execute and deliver an "insured covenants agreement" (each an "**ICA**"). Each ICA provided that, if FSL paid a claim under a policy, the insured was required to immediately deliver a deed to its property to FSL "for no additional consideration," provided other certain conditions were met.

Each RVI policy issued provided that FSL would make payment in full to the insured's lender for all amounts outstanding in respect of the applicable insured's loan on the maturity date of such loan, if, for any reason whatsoever, the loan was not paid in full.

3

The Debtor's loans secured by each of its respective properties (formerly individually owned before the mergers) matured during the height of the COVID pandemic.  During the months preceding or within 45 days after the maturity of the loans on the properties, AUBSP and its affiliates refinanced or repaid loans on approximately 20 of the properties in the UBS Portfolio and other similar portfolios that had loans that also matured during COVID-19 pandemic.  AUBSP and its affiliates intended to refinance all loans on all properties they controlled, including the loans on the Debtor's properties, as soon as possible.  However, at the very time of maturity of the UBS Portfolio and for many months thereafter, all or nearly all institutional and other lenders for assets like the properties suspended loan origination business operations because of the uncertainty in financial markets deriving from the pandemic.

FSL paid the then-current lenders the outstanding mortgage balances owed for each of the Properties.  Many months later, FSL then purported to assign the loans, despite the payment of the full loan balance, to third parties (all named various iterations of FI-135, ***, LLC, c/o Bloomfield Capital Asset Management, LLC ("**Bloomfield**").

FSL also purported to assign its rights in the ICAs to third parties, all named various iterations of ICA Acquisition ***, LLC (c/o MCB Real Estate LLC ("**MCB**") and with Bloomfield, the "**Bloomfield/MCB Parties**").

Based upon the financial realities, and the Debtor's understanding of the consideration (or lack thereof) paid for the assignment of the ICA rights, Bloomfield and MCB are close affiliates (if distinct at all) and working in unison to divest the Debtor of its properties for far more than any outstanding mortgage or mortgage payoff by FSL, thereby seeking a recovery both a mortgage and an insurance policy of the same amount.  The net result is either an attempted double recovery for

the same debt or a far larger (triple or more) if Bloomfield can cause a forfeiture pursuant to specific performance clauses under the ICAs.

These issues have resulted in extensive, inefficient, and varying stages of expensive litigation across several states, involving a multitude of counsel for the Debtors and the counter-parties.

Further exacerbating the Debtor's economic destruction, Rite Aid Corporation ("**Rite Aid**"), MCB and Bloomfield took affirmative actions to thwart the Debtor's ability to pay off its debts by acting in contravention of the Debtor's policies and insured covenant agreements and withholding rents (Rite Aid).

The Debtor filed its chapter 11 bankruptcy petition on August 4, 2023 (the "**Petition Date**"). The Debtor is not seeking the Court's reconsideration of any final state court ruling in this Court, nor has the Debtor filed this chapter 11 case to obtain a supersedeas bond of any pending final judgments.

The Debtor is both balance sheet insolvent and unable to pay its debts as they come due. While there are potential non-Debtor funding sources to preserve value, such willingness to fund requires a bankruptcy filing and pursuit of remedies in a more efficient manner.

The Debtor plans to reorganize by confirming a plan through the chapter 11 process, and utilizing specific provisions and protections within the Bankruptcy Code to maximize its value, including but not limited recovering rents owed to the Debtor but withheld by Rite Aid.

The outstanding unpaid rents are set forth below (as of August 1, 2023):

[see next page]

| TOTAL | PVP Krewstown LLC<br><br>Krewstown Property | PVP Krewstown, LLC<br><br>Castor Property | PVP Castor, LLC<br><br>Baltimore Property (vacant) | AUBSP Ownerco 10<br><br>Hines Property | AUBSP Ownerco 11<br><br>Troy Property | AUBSP Ownerco 12<br><br>Battle Creek Property | AUBSP Ownerco 13 |
|---|---|---|---|---|---|---|---|
| $2,267,133 | $346,104 | $412,896 | $0 | $372,669 | $651,222 | $484,242 | |

7.  **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

Richard Sabella is Sole Manager of Allerand UBSP Holdingco, LLC

Allerand UBSP Holdingco, LLC (sole member of the Debtor)

Richard Sabella is Sole Manager of the Debtor

8.  **Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:**

<u>2022</u>

$0 – due to Rite Aid withholding rent since September 2021

<u>2023</u>

$0 – due to Rite Aid withholding rent since September 2021

9.  **Amounts owed to various creditors:**

    a.  **Obligations owed to priority creditors including priority tax obligations:**

**PHILADELPHIA, PA**
Philadelphia Dept. of Revenue
P.O. Box 8409
Philadelphia, PA 19101-8409
    7972 Castor Avenue, Philadelphia, Pennsylvania 19152 – $0
    9280 Krewstown Road, Philadelphia, Pennsylvania 19115 – $0

**TROY, MI**
Oakland County Treasurer
1200 North Telegraph Road, Dept 479, Building 12 East, Pontiac, Michigan 48341
    2971 Maple Road, Troy, Michigan 48084 – $ Unknown

**BATTLE CREEK, MI**
Calhoun County Treasurer
315 W. Green St.
Marshall MI, 49068
    1434 W. Michigan Avenue, Battle Creek, Michigan 49037 – $0

**HINES, OR**
Harney County Tax Collector
450 N Buena Vista Ave # 13
Burns, OR 97720
    629 North Highway 20, Hines, Oregon 97720 – $0

**BALTIMORE, MD**
Bureau Of Revenue Collections
200 Holliday Street
Baltimore, MD 21202
    4604 Harford Road, Baltimore, Maryland 21214 – $44,612.68

    b. **With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims (as of August 1, 2023):[1]**

  i. Baltimore: $1,169,589 (FI 135 Baltimore, LLC)
      Estimated Value: $1,300,000

  ii. Battle Creek: $852,161 (FI 135 Battle Creek, LLC)
      Estimated Value: $2,807,200

  iii. Hines: $584,945 (FI 135 Hines, LLC)
      Estimated Value: $2,160,400

  iv. Krewstown: $950,420 (FI 135 Philadelphia-Krewstown, LLC)
      Estimated Value: $2,692,800

  v. Castor: $900,715 (FI 135 Philadelphia-Castor, LLC)

---

[1] Debtor disputes all alleged secured claims, or at least the existence of both secured claims and claims under ICAs, which would result in a double recovery for the same debt. For convenience and clarity the Debtor lists debts as to each specific property, however due to the mergers, all debts are attributed to the Debtor, whether or not disputed.

7

Estimated Value: $2,257,200

vi. Troy: $1,780,553 (FI 135 Troy, LLC)
Estimated Value: $4,000,000

**c.    Amount of unsecured claims:** approx. $513,017.35

**10.    General description and approximate value of the Debtor's assets:**

Assets of the Debtor consists of (a) title to the first six properties listed below as indicated and (b) legal claims (i) concerning forfeitures, (ii) rights and claims provided for under the Bankruptcy Code, including all equitable remedies, (iii) for potential cash being held by Rite Aid (iv) for damages and (v) other relief against the parties that caused the litigation and forfeitures to occur.

Cash of the Debtor withheld by Rite Aid Corporation: Approx. $2,267,133

Damages (at least the amounts set forth below, <u>includes cash held by Rite Aid</u>):

**Debtor owns title to these properties with estimated values[2] below (as of August 1, 2023):**

(1) Baltimore Property: $1,300,000. Damages include estimated property value plus legal fees and other out of pocket costs and expenses.
(2) Hines Property: $2,533,069. Damages include estimated property value plus legal fees and other out of pocket costs and expenses.
(3) Krewstown Property: $3,038,904. Damages include estimated property value plus legal fees and other out of pocket costs and expenses.
(4) Castor Property: $2,670,096. Damages include estimated property value plus legal fees and other out of pocket costs and expenses.
(5) Troy Property: $4,651,222. Damages include estimated property value plus legal fees and other out of pocket costs and expenses.

**Debtor owns bare legal title to this property with estimated value as of August 1, 2023):**

(6) Battle Creek Property: $3,291,442. Damages include estimated property value plus legal fees and other out of pocket costs and expenses.

**11.    List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.**

(1) All Properties other than 4604 Harford Road, Baltimore, Maryland 21214 are covered by Rite Aid's master policies managed by AON and Marsh, as set forth below. The Rite Aid

---

[2] Assuming accuracy of estimated values.

tenants of the Debtor are obligated to maintain all the insurance coverage, as both leases are absolute triple net.

- **CGL Policy (Rite Aid Self Insured)**
    - Policy No. CN102271894-DRUG-GLU-22-23
    - Expiration October 5, 20023
    - $7,000,000

- **Commercial Property Coverage (American Guaranty and Liability Insurance Co).**
    - Policy No. ERP926007615
    - Expiration June 1, 2023
    - $5,00,000 blanket
    - $2,500,000 per Occurrence and Annual Aggregate[3]

- **Terrorism**
    - Lloyd's Underwriter Syndicate
    - Policy No. CMCTR2205158
    - $5,000,000, Deductible $250,000

Coverage for the policies above is in the name of Rite Aid Corporation; the Debtor is listed as additional insureds.

(2) Property located at 4604 Harford Road, Baltimore, Maryland 21214 is vacant, Rite Aid is no longer a tenant. This property is covered under vacant building coverage with Evanston Insurance Co., Policy No. 3AA645662. Named insured is AUBSP Ownerco 10, LLC and Allerand realty Holdings, LLC

**12.    Number of employees and amounts of wages owed as of petition date:**

None

**13.    Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):**

N/A

---

[3] Rite Aid has more than a dozen secondary insurers in the stack of coverage following American Guaranty and Liability Insurance Co. under its blanket commercial property coverage, which are available upon request.

**14. Anticipated emergency relief to be requested within 14 days from the petition date:**

No relief is likely to be sought on an emergency basis, though the Debtor does anticipate at this time an early case stage motion to employ counsel.

Respectfully submitted,

/s/ Thomas M. Messana
Thomas M. Messana
Florida Bar Number 991422
Scott A. Underwood
Florida Bar Number 0730041
Megan W. Murray
Florida Bar Number 0093922
UNDERWOOD MURRAY, P.A.
401 E Las Olas Blvd.,
Ft. Lauderdale, FL 33301
Tel: (954) 712-7400
Email: tmessana@underwoodmurray.com
sunderwood@underwoodmurray.com
mmurray@underwoodmurray.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on August 14, 2023, including the United States Trustee, who is registered to receive electronic notices in this case.

/s/ Thomas M. Messana
Thomas M. Messana, Esq.